UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-20134-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIAN O'SHEA, as the Personal Representative of the ESTATE OF WILLIAM P. O'DONNEL, deceased,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Stipulation of Dismissal **(D.E. 8)**, filed **July 10, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). This case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record